

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

**MEMO ENDORSED**

June 3, 2016

BY EMAIL AND FAX
~~UNDER SEAL~~

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
(212) 805-0426

        Re:    United States v. Gery Shalon, et al.,
              No. 15 Cr. 333 (LTS)

Dear Judge Swain:

    The Government respectfully submits this letter regarding the upcoming initial pretrial conference for defendants Gery Shalon and Ziv Orenstein, presently scheduled for Friday, June 10, 2016, at 12:00 PM. After consulting with defense counsel and Chambers, the Government respectfully requests that the Court reschedule the conference for earlier on Friday, at 10:00 AM, a time that would be more amenable to defense counsel.

    Because this letter contains information regarding the defendant's planned extradition and travel by the United States Marshals Service, the Government respectfully requests that this letter, and any related endorsement or order, remain under seal until the defendants have arrived in the United States and are in custody in the Southern District of New York.

*The conference is rescheduled to June 10, 2016, at 10:00 AM. This endorsed order will be maintained under seal until the defendants are in custody in the SDNY.*

Respectfully submitted,

PREET BHARARA
United States Attorney

By: /s/ Eun Young Choi
Eun Young Choi
Assistant United States Attorney
Southern District of New York
(212) 637-2187

SO ORDERED:
/s/ 6/6/16
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Copies mailed/faxed to   AUSA
Chambers of Judge Swain   on 6-6-2016

TOTAL P.01