**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
:
United States of America,                                    :
:
:
      -against-                  :   15 CR 00333 (LTS)
:
:
Gery Shalon,                                                 :
                    Defendant.   :
------------------------------------------------------------ x

## MOTION FOR WITHDRAWAL OF APPEARANCE AND [PROPOSED] ORDER

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 1.4, Paul Shechtman, Barbara S. Jones, and Theresa J. Lee of Bracewell LLP respectfully move to withdraw as counsel for the defendant Gery Shalon and for the Court to direct the Clerk to remove their names from the Electronic Case Filing notification list in this case.  Igor B. Litvak and Arkady Bukh will continue as counsel for Mr. Shalon.

Dated: New York, New York
       September 13, 2016

                                                     /s/ Paul Shechtman
                                                   Paul Shechtman
                                                   Barbara S. Jones
                                                   Theresa J. Lee

                                                   BRACEWELL LLP
                                                 1251 Avenue of the Americas, 49th Floor
                                                 New York, NY 10020
                                                 Telephone: (212)-508-6100
                                                 Fax: (212)-508-6101
                                                 Email: paul.shechtman@bracewelllaw.com
                                                 bjones@bracewelllaw.com
                                                 theresa.lee@bracewelllaw.com

SO ORDERED :

_____
Hon. Laura Taylor Swain