UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

United States of America,

      -against-

Gery Shalon,
                        Defendant.

------------------------------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-15-2016

15 CR 00333 (LTS)

## MOTION FOR WITHDRAWAL OF APPEARANCE AND [PROPOSED] ORDER

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 1.4, Paul Shechtman, Barbara S. Jones, and Theresa J. Lee of Bracewell LLP respectfully move to withdraw as counsel for the defendant Gery Shalon and for the Court to direct the Clerk to remove their names from the Electronic Case Filing notification list in this case. Igor B. Litvak and Arkady Bukh will continue as counsel for Mr. Shalon.

Dated: New York, New York
       September 13, 2016

/s/ Paul Shechtman
Paul Shechtman
Barbara S. Jones
Theresa J. Lee

BRACEWELL LLP
1251 Avenue of the Americas, 49th Floor
New York, NY 10020
Telephone: (212)-508-6100
Fax: (212)-508-6101
Email: paul.shechtman@bracewelllaw.com
bjones@bracewelllaw.com
theresa.lee@bracewelllaw.com

*The foregoing motion is DENIED, without prejudice to renewal with evidence of the client's consent or documentation as to the reason and evidence of service of the motion upon the client.*

SO ORDERED:

[signature] 9/15/16
Hon. Laura Taylor Swain