UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

United States of America,

    -against-    15 CR 00333 (LTS)

Gery Shalon,
              Defendant.
-------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-21-2016

## MOTION FOR WITHDRAWAL OF APPEARANCE AND [~~PROPOSED~~] ORDER

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 1.4, Paul Shechtman, Barbara S. Jones, and Theresa J. Lee of Bracewell LLP respectfully move to withdraw as counsel for the defendant Gery Shalon and for the Court to direct the Clerk to remove their names from the Electronic Case Filing notification list in this case. Igor B. Litvak and Arkady Bukh will continue as counsel for Mr. Shalon. Attached hereto is an email from Mr. Shalon, who is incarcerated in the Metropolitan Correctional Center, confirming that he consents to this substitution.

Dated: New York, New York
       September 19, 2016

                                        /s/ Paul Shechtman
                                        Paul Shechtman
                                        Barbara S. Jones
                                        Theresa J. Lee

                                        BRACEWELL LLP
                                        1251 Avenue of the Americas, 49th Floor
                                        New York, NY 10020
                                        Telephone: (212)-508-6100
                                        Fax: (212)-508-6101
                                        Email: paul.shechtman@bracewelllaw.com
                                        bjones@bracewelllaw.com
                                        theresa.lee@bracewelllaw.com

SO ORDERED :

/s/ *signature*  9/20/16

Hon. Laura Taylor Swain