UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                   No.  15-CR-333-LTS

JOSHUA SAMUEL AARON,

        Defendant.

---------------------------------------------------------x

ORDER

A conference will be held in the above-captioned matter on **Thursday, December 15, 2016**, at **10:30 a.m.**, in Courtroom 12D.

SO ORDERED.

Dated: New York, New York
       December 14, 2016

                                               /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            United States District Judge