UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-18-2017

UNITED STATES OF AMERICA

     - v. -

GERY SHALON, et al.

     Defendants.

- - - - - - - - - - - - - - - - - -X

ORDER

S1 15 Cr. 333 (LTS)

     Upon the application of the United States of America,
by and through Assistant United States Attorneys Eun Young Choi
and Noah Solowiejczyk, and with the consent of the defendants by
and through their counsel, it is hereby ORDERED that the time
between September 19, 2017 and _November 7, 2017_____,
2017 is excluded under the Speedy Trial Act, 18 U.S.C.
§ 3161(h)(7)(A), in the interests of justice.

     The court finds that the ends of justice served by
granting a continuance outweigh the best interests of the public
and the defendants in a speedy trial, because it would permit
the parties to further discuss possible pre-trial disposition of
this matter. The pretrial conference is adjourned to November 7, 2017, at 3:00 pm.

Dated:  New York, New York
      September 18, 2017

_____
THE HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE