**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 29, 2024

**BY ECF**

The Honorable Laura Taylor Swain
United States Chief District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
(212) 805-0426

**Re: United States v. Gery Shalon,**
15 Cr. 333 (LTS) and 17 Cr. 254 (LTS)

Dear Chief Judge Swain:

The Government and defense counsel have been conferring regarding a joint response directed by the Court's Order dated July 19, 2024 (ECF No. 302). The Government anticipates submitting a request to partially unseal the Government's sentencing submission related to defendant Gery Shalon, with appropriate continuing redactions. Defense counsel is reviewing the proposed redactions and potential portions to be unsealed, and has requested an extension until this Friday, August 2, 2024 to confer with the defendant and complete the process necessary to file the joint response. The Government joins the request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/ Vladislav Vainberg
Vladislav Vainberg
Noah Solowieczyk
Assistant United States Attorneys
(212) 637-1029 / 2473