

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

August 2, 2024

**BY ECF**

The Honorable Laura Taylor Swain
United States Chief District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
(212) 805-0426

        **Re:**    **United States v. Gery Shalon**
                  S1 15 Cr. 333 (LTS); 17 Cr. 254 (LTS)

Dear Chief Judge Swain:

      As directed by the Court, the Government and counsel for Mr. Shalon have conferred regarding the continued need for sealing of a sentencing submission pertaining to Mr. Shalon dated November 3, 2020 (the "Sentencing Submission"). Contemporaneous with this letter, the parties have transmitted a sealed letter to the Court pertaining to the propriety of unsealing certain portions of the Sentencing Submission.

                    Respectfully submitted,

                    DAMIAN WILLIAMS
                    United States Attorney

                    By:  /s/ Vladislav Vainberg
                    Vladislav Vainberg
                    Noah Solowieczyk
                    Assistant United States Attorneys
                    (212) 637-1029 / 2473

Cc: Michael Soshnick, Esq. (by ECF)